Gregory A. Prebish
P.O. Box 6923
Jackson, WY 83002
(307) 699-3964
Email: jhlaw@bresnan.net
Attorney for Defendant
WY Bar # 6-4514

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

Violation Notice # P 0421560

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| v. : | Case # 14-po-727 |
| LONG DENG, : | |
| Defendant. : | |
| _____ : | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Gregory A. Prebish and files this Notice of Appearance as counsel for the Defendant **Long Deng**. Please direct all further correspondence, notices, and service of pleadings as set forth below.

Gregory A. Prebish
P.O. Box 6923
Jackson, WY 83002
307-699-3964
Email: jhlaw@bresnan.net
Fax # (307) 203-2605

By: s/ Gregory A. Prebish
WY Bar No. 6-4514

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished via Email to AUSA Francis Leland Pico, lee.pico@usdoj.gov, and by facsimile # (307) 344-9266 on this 18th day of August, 2014.

By: s/ Gregory A. Prebish